**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-cr-00050-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | |
| EDUARDO OCAMPO-BARRAZA, | ) | *and related case* |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:18-cr-00098-MMD-WGC |
| vs. | ) | |
| EDUARDO ROJO-BARRAZA, a/k/a Eduardo Ocampo-Barraza, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

The presiding District Judges in these actions have reviewed cases 3:18-cr-00050-HDM-WGC and 3:18-cr-00098-MMD-WGC and have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency,

avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that case no. 3:18-cr-00098-MMD-WGC is reassigned to District Judge Howard D. McKibben, and all further pleadings must bear case no. 3:18-cr-00098-HDM-WGC.

DATED: This 3rd day of December, 2018.

_____  _____
MIRANDA M. DU                   HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE    UNITED STATES DISTRICT JUDGE